# Third District Court of Appeal

## State of Florida

Opinion filed August 25, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1825
Lower Tribunal No. 19-21551
_____

**Pedreiras, Inc.,**
Appellant,

vs.

**Federal Insurance Company,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Mark E. Buechele (Davie), for appellant.

Martin | Hild, P.A., and Gregory S. Martin and Callie E. Waers (Maitland), for appellee.

Before HENDON, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Ins. Co. of N. Am. v. Jetstar Dev., Inc., 515 So. 2d 272 (Fla. 4th DCA 1987).